In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00044-CR
_____

ANDREA CHRISTINE FOLKERS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 4
Montgomery County, Texas
Trial Cause No. 15-303511

**ORDER**

On December 28, 2016, we dismissed this appeal on the appellant's voluntary motion. *See* Tex. R. App. P. 42.2. The appellant, Andrea Christine Folkers, subsequently filed a motion for rehearing. *See* Tex. R. App. P. 49.1. The State filed a response. *See* Tex. R. App. P. 49.2.

The motion for rehearing filed by the appellant on January 11, 2017, is granted. Tex. R. App. P. 49.3. We withdraw our Opinion of December 28, 2016, and vacate the judgment entered thereon the same date. We reinstate the appeal on the

1

Court's docket. We grant the appellant's motion for an extension of time to file a brief. The brief of the appellant is filed. The State's brief is due February 27, 2017.

ORDER ENTERED January 26, 2017.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.